IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRIDGEWATER,

      Petitioner,                  No. CIV-S-02-0971 LKK KJM P

   vs.

ERNIE ROE,

      Respondent.               ORDER

_____/

      Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus. Respondent's motion to dismiss this action as time-barred is submitted to the court for decision. The court requires further information to resolve the pending motion. Accordingly, IT IS HEREBY ORDERED that:

      1. Within twenty days of this order, petitioner shall provide the court with an affidavit indicating whether petitioner ever sought the assistance of private counsel after direct review of his conviction was complete and before this action was filed. If petitioner did not seek private counsel, petitioner shall explain why not.

/////

/////

/////

1

2. Within ten days after being served with petitioner's affidavit, respondent may file any response he deems appropriate.  If respondent has no response, the court would appreciate respondent's filing a notice of no response as soon as possible within the ten day period.

DATED: January 22, 2007.

_____
U.S. MAGISTRATE JUDGE

---

[1] brid0971.157(b)