```
DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioner
RICHARD A. BRIDGEWATER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. BRIDGEWATER, | ) | NO. CIV S-02-0971 LKK KJM P |
| | ) | |
| Petitioner, | ) | |
| | ) | **APPLICATION AND ORDER FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **DECLARATION** |
| ERNIE ROE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Petitioner RICHARD A. BRIDGEWATER requests an extension of time to file his declaration pursuant to Order of this Court dated January 23, 2007.  The reasons for this request are as follows:

    1.    On January 23, 2007, immediately upon service of the Order, undersigned counsel wrote to Mr. Bridgewater advising him of the Order and attempted to schedule a confidential attorney/client telephone call with Lancaster State Prison.

    2.    The following week counsel was able to speak with Mr. Bridgewater, draft his declaration, and review that declaration

1 telephonically.  The declaration was sent to Mr. Bridgewater for his
2 signature on or about February 1, 2007.
3     3.   Undersigned counsel has not yet received the signed
4 declaration back from Mr. Bridgewater.  Counsel will file the
5 declaration promptly upon receipt.
6     4.   Accordingly, petitioner respectfully requests an extension of
7 time of thirty days to file the Declaration of Richard A. Bridgewater.
8 Counsel anticipates that the declaration will be filed well in advance
9 of March 14, 2007, barring unforseen complications with mail to and
10 from the prison.
11 DATED:    February 12, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Allison Claire
ALLISON CLAIRE
Assistant Federal Defender
Attorney for Petitioner
RICHARD A. BRIDGEWATER


**ORDER**

Petitioner's request for an extension of time is GRANTED.  The Declaration of Richard A. Bridgewater shall be filed no later than March 14, 2007.

    IT IS SO ORDERED.
DATED:  February 15, 2007.

_____
U.S. MAGISTRATE JUDGE

2