IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRIDGEWATER,

        Petitioner,               No. CIV S-02-0971 LKK KJM P

    vs.

ERNIE ROE,

        Respondent.        <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254.  On November 14, 2007, respondent filed a "motion for more definite statement" under Federal Rule of Civil Procedure 12(e).  Petitioner does not oppose the motion.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's November 14, 2007 motion for more definite statement is granted;

        2. Petitioner's application for writ of habeas corpus is dismissed;

        3. Petitioner is granted forty-five days within which to file an amended application for writ of habeas corpus; and

/////

/////

3. Respondent need not respond to petitioner's amended application until directed to do so by the court.

DATED: November 30, 2007.

_____
U.S. MAGISTRATE JUDGE

1
brid0971.mds