DANIEL J. BRODERICK, Bar #89494
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
RICHARD A. BRIDGEWATER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BRIDGEWATER, | NO. CIV S 02-0971 LKK KJM |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| ERNIE ROE, Warden, | |
| Respondent. | |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, it is hereby ORDERED that petitioner's request for a 30-day extension of time within which to file an amended petition for a writ of habeas corpus is granted.

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

*Bridgewater v. Roe*
Order