1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RICHARD A. BRIDGEWATER,

11              Petitioner,                    No. CIV S-02-0971 LKK KJM P

12       vs.

13  BRIAN HAWS,

14              Respondent.             <u>ORDER</u>

15  _____/

16              Petitioner, a California prisoner, has filed an amended petition for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254.  Since petitioner may be entitled to relief if the

18  claimed violation of constitutional rights is proved, respondent will be directed to file a response

19  to petitioner's amended habeas petition.

20              In accordance with the above, IT IS HEREBY ORDERED that:

21              1.  Respondent is directed to file a response to petitioner's amended habeas

22  petition within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254

23  Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

24  issues presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases; and

25  /////

26  /////

1

1    2.  Petitioner's reply, if any, shall be filed and served within thirty days after

2  service of the answer.

3  DATED:  March 31, 2008.

4
                                          _____
5                                          U.S. MAGISTRATE JUDGE

1
brid0971.100(2.13.08)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26