1  DANIEL J. BRODERICK, Bar #89494
   Federal Defender
2  CAROLYN M. WIGGIN, Bar #182732
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   RICHARD A. BRIDGEWATER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. BRIDGEWATER, | ) | NO. CIV S 02-971 LKK KJM |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING EXTENSION OF TIME** |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN HAWS, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the unopposed request of petitioner (docket no. 70), and good cause appearing therefor, it is hereby ORDERED that petitioner's request for a 30-day extension of time within which to file his traverse is hereby GRANTED.

**IT IS SO ORDERED**.

DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

*Bridgewater v. Roe*
Order