IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRIDGEWATER,

    Petitioner,                   No. CIV S-02-0971 LKK KJM P

    vs.

BRIAN HAWS,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to the undersigned based on 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 10, 2009, the undersigned issued findings and recommendations herein, which were served on all parties and contained notice to all parties that any objections were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations. The respondent has not filed any objections, nor has he responded to the objections filed by petitioner.

        Upon review of petitioner's objections, the undersigned finds the findings and recommendations of February 10 should be vacated. New findings and recommendations will issue shortly following entry of this order.

1     Accordingly, IT IS HEREBY ORDERED that the findings and recommendations
2 filed February 10, 2009 (docket no. 73), are vacated.
3 DATED: March 24, 2009.

_____
U.S. MAGISTRATE JUDGE

4
brid0971.vac.fr